**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| Carol Ferdows et al | CASE NUMBER: |
|---|---|
| PLAINTIFF | 2:24-cv-00198-SPG-BFM |
| v. | |
| Safeco Insurance Company of America et al | **JUDGMENT** |
| DEFENDANT | |

An offer of judgment having been made and accepted pursuant to Federal Rule of Civil Procedure 68, and the offer and notice of acceptance having been filed on June 20, 2024 as docket number 14 (the "Offer of Judgment"), judgment is hereby entered for

Plaintiff Carol Ferdows and Farnad Ferdows

and against

Safeco Insurance Company of America

according to the terms set forth in the Offer of Judgment.

Date: September 3, 2024     By: _[signature]_

CV-140 (02/21)                    JUDGMENT